# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

Robert P. Young, Jr.,
Chief Justice

144982

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

JH BUSINESS CONSULTANTS, INC.
and SADHU AUTO PARTS PVT LTD.,
      Plaintiffs-Appellants,

v

    SC: 144982
    COA: 304592
    Oakland CC: 2009-100692-CZ

TOWER AUTOMOTIVE OPERATIONS
USA III, LLC and TOWER AUTOMOTIVE
OPERATIONS USA I, LLC,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the March 12, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
Clerk

h0325